IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENG HEE PAIK, an individual,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, NA formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank FSB, WELLS HOME LOAN SERVICING, LP, a Texas Limited Partnership, and NDEX WEST, LLC, a California Corporation,

    Defendants.

No. C 10-04016 WHA

**ORDER GRANTING PRELIMINARY INJUNCTION**

Plaintiff's application for a preliminary injunction is **GRANTED**. Defendants are enjoined from conducting a deed of trust sale of or foreclosing on 114 Sutro Heights in San Francisco, California, pending further order of the Court. A memorandum opinion will issue next week after the expiration of the requested delay.

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE