IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENG HEE PAIK, an individual,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE, FSB, F/K/A WORLD SAVINGS BANK, FSB, a National Association, WELLS HOME LOAN SERVICING, LP, a Texas Limited Partnership, NdeX West, LLC, a California Corporation, and DOES 1 through 100, inclusive,

    Defendants.

                                            /

No. C 10-04016 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

      The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . ."

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE