IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENG HEE PAIK, an individual,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, NA formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank FSB, WELLS HOME LOAN SERVICING, LP, a Texas Limited Partnership, and NDEX WEST, LLC, a California Corporation,

    Defendants.

No. C 10-04016 WHA

**ORDER DENYING MOTION TO DISMISS**

For the reasons stated in the memorandum opinion and order granting a preliminary injunction against a sale of plaintiff's home, the motion to dismiss by defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., is **DENIED**. Plaintiff's complaint does not fail to state a claim upon which relief can be granted. The hearing on January 20, 2011, is accordingly **VACATED**.

**IT IS SO ORDERED.**

Dated: January 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE