IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENG HEE PAIK, an individual,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, NA formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank FSB, WELLS HOME LOAN SERVICING, LP, a Texas Limited Partnership, and NDEX WEST, LLC, a California Corporation,

    Defendants.

                                        /

No. C 10-04016 WHA

**ORDER REGARDING UNDERTAKING BY PLAINTIFF**

      It is not sufficient for plaintiff to provide personal checks to her lawyer. Instead, plaintiff must either post a normal surety bond or provide check(s) to the office of the Clerk of Court, which will then cash the checks and safeguard the funds in its normal course. There must be good funds to back up the checks. This order shall serve as proof to the Clerk of Court that it may accept a bond from plaintiff Keng Hee Paik in the amount of $8,000.

      Plaintiff's counsel has had two weeks to make these arrangements and waited until yesterday to scramble about to meet the undertaking requirement. The deadline and the

preliminary injunction will be extended until **MONDAY, JANUARY 31, 2011, AT NOON**, and counsel must turn his full attention to this matter and meet this deadline.

**IT IS SO ORDERED.**

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2