UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENG HEE PAIK,<br><br>      Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>      Defendant(s). | No. C10-4016 WHA (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |

    **IT IS HEREBY ORDERED** that a telephone conference to discuss the status of plaintiff's settlement demand is scheduled for **Tuesday, March 8, 2011 at 2:00 p.m.** Only counsel need participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

    **IT IS FURTHER ORDERED** that, in the interim, the parties shall continue to exchange, pursuant to Rule 408, any other information that may facilitate these settlement negotiations.

Dated: February 23, 2011

                                                    Bernard Zimmerman
                                United States Magistrate Judge