UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENG HEE PAIK,<br><br>    Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>    Defendant(s). | No. C10-4016 WHA (BZ)<br><br>**ORDER TO SHOW CAUSE** |

    Pursuant to this Court's settlement conference order, defendant was ordered to lodge a settlement conference statement on February 15, 2011.  No statement was lodged that day.  The Court did not receive Defendant Wells Fargo Bank's statement until late afternoon on Friday, February 18, 2011, after the Court had left for the day.

    Defendants are therefore **ORDERED** to show cause in writing by **March 9, 2011**, why sanctions should not be imposed under Federal Rule of Civil Procedure 16(f) for failing to comply with this Court's Settlement Conference Order dated December 21,

1

2010. A hearing on the Order to Show Cause is scheduled for **March 16, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

If counsel wishes to avoid the hearing, counsel may contribute **$250.00** to **St. Anthony's Dining Room**, 121 Golden Gate Avenue, San Francisco, CA 94102 or **Glide Memorial Church Food Program**, 330 Ellis, San Francisco, CA 94102. If proof of payment is received in chambers on or before **March 9, 2011**, the Order To Show Cause will be discharged and there will be no hearing.

Dated: February 25, 2011

_____
Bernard Zimmerman
United States Magistrate Judge