1  Douglas G. Matsui (#138239)
   dmatsui@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN, LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, CA 91101
4  Tel: (626) 535-1900; Fax: (626) 577-7764

5  Attorneys for Defendant
   WACHOVIA MORTGAGE, a Division of
6  Wells Fargo Bank, N.A. formerly known as
   Wachovia Mortgage, FSB and World Savings Bank, FSB
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | KENG HEE PAIK,                              ) Case No. C 10-04016 WHA
                                                 )
12 |         Plaintiff,                          ) Honorable William H. Alsup
                                                 ) Courtroom 9
13 |                                             )
                                                 )
14 |    vs.                                      ) **DEFENDANT'S RESPONSE TO ORDER**
                                                 ) **TO SHOW CAUSE REGARDING**
15 | WELLS FARGO BANK, N.A., SUCCESSOR           ) **SANCTIONS**
   | BY MERGER TO WELLS FARGO BANK               )
16 | SOUTHWEST, N.A. F/K/A WACHOVIA              ) Date:   March 16, 2011
   | MORTGAGE FSB F/K/A WORLD SAVINGS            ) Time:   10:00 AM
17 | BANK, FSB, a National Association; WELLS    ) Crtrm:  G
   | HOME LOAN SERVICING, L.P., a Texas          )
18 | Limited Partnership; NDeX West LLC, a       )
   | California Corporation; and DOES 1 through  )
19 | 100, inclusive,                             )
                                                 )
20 |         Defendants.                         )
   | _____)

21       On February 25, 2011, the Court set an Order to Show Cause regarding sanctions for the

22 late-filed Settlement Conference Brief by defendant WACHOVIA MORTGAGE. The Court

23 indicated in the OSC that it would be discharged and sanctions could be avoided if by March 9,

24 2011 counsel for defendant submitted proof in chambers that the sum of $250.00 had been

25 contributed either to St. Anthony's Dining Room or Glide Memorial Church Food Program at the

26 addresses listed in the OSC.

27       As shown in the attached Exhibit A, which consists of a cover letter, a copy of certified

28 funds, and an overnight delivery receipt, defendant's counsel has gladly made the suggested

contribution to the first organization on the list, St. Anthony's Dining Room.

Defendant's counsel would respectfully request that the OSC be discharge.

Respectfully submitted,

Dated: March 7, 2011

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Douglas G. Matsui
Douglas G. Matsui
Attorneys for Defendant
WACHOVIA MORTGAGE, a Division of
Wells Fargo Bank, N.A., formerly known as
Wachovia Mortgage, FSB and
World Savings Bank FSB

# EXHIBIT A

**Customer:**
DOUGLAS MATSUI

**Ship To:**
ST. ANTHONY'S DINING ROOM
121 Golden Gate Ave

SAN FRANCISCO, CA 94102-3809

**Details:**
FedEx Standard Overnight Envelope
Date/Time:      3/7/2011 12:44:01 PM
PHONE #:
Package ID:     204760
Shipment ID:    204760
Tracking Number: 794502710764
Weight:         0 LB 1.80 OZ
Rating Weight:  0 LB 1.80 OZ
Dimensions:     0.00 x 0.00 x 0.00
Declared Value: $100.00

Contents:

**Charges:**

| | |
|---|---|
| Shipping: | 25.64 |
| | 0.00 |
| Packing Materials: | 0.00 |
| Sales Tax: | $0.00 |
| Total: | $25.64 |

PC 7.9.4.6 LP 2844


SEE REVERSE regarding UPS terms and notice of limitation of liability...

Douglas G. Matsui
199 S. Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

March 7, 2011

St. Anthony's Dining Room
121 Golden Gate Avenue,
San Francisco, CA 94102

Dear sir or madam:

    It is my great pleasure to make the enclosed donation of $250.00 to your organization and the invaluable work it does for the public.

    Best wishes to you all.

                              Very truly yours,

                              Douglas G. Matsui



# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING SANCTIONS**

on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:

**Served By Other Means:**

| *Counsel for Plaintiff* | *Counsel for NDeX West, LLC* |
|---|---|
| Timothy G. McFarlin, Esq.<br>tim@mgcalaw.com<br>Jarrod Y. Nakano, Esq.<br>jarrod@mgcalaw.com<br>Ethan. H. Nelson, Esq.<br>ethan@mgcalaw.com<br>McFARLIN & GEURTS LLP<br>4 Park Plaza, Suite 1025<br>Irvine, CA 92614<br>Tel: (949) 544-2640<br>Fax: (949) 336-7612 | Edward A. Treder, Esq.<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714;<br>Fax: (909) 595-7640 |

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **March 7, 2011**.

_____Mark Betti_____      ___/s/ Mark Betti___
(Print name)                                (Signature)