UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENG HEE PAIK, | ) | |
| Plaintiff, | ) | No. C10-4016 WHA (BZ) |
| v. | ) | |
| | ) | **ORDER DISCHARGING** |
| WELLS FARGO BANK, N.A., et al., | ) | **ORDER TO SHOW CAUSE** |
| Defendants. | ) | |

The Court having received timely proof of payment from Defendant's counsel, Douglas G. Matsui, **IT IS HEREBY ORDERED** that the order to show cause, entered on February 25, 2011, and scheduled for Wednesday, March 16, 2011, is **DISCHARGED** and the hearing is **VACATED.**

Dated: March 8, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\PAIK ORDER DISCHARGING OSC.wpd

1