**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KENG HEE PAIK, an individual,

11          Plaintiff,                                    No. C 10-04016 WHA

12      v.

13   WELLS FARGO BANK, N.A., SUCCESSOR
     BY MERGER TO WELLS FARGO BANK
14   SOUTHWEST, NA F/K/A WACHOVIA                    **REMINDER NOTICE OF**
     MORTGAGE, FSB, F/K/A WORLD SAVINGS             **UPCOMING TRIAL AND**
15   BANK, FSB, a National Association, WELLS       **FINAL PRETRIAL**
     HOME LOAN SERVICING, LP, a Texas               **CONFERENCE**
16   Limited Partnership, NdeX West, LLC, a
     California Corporation, and DOES 1 through
17   100, inclusive,

18          Defendants.
                                              /
19

20          This notice serves as a friendly reminder that this case remains set for a **FINAL**

21   **PRETRIAL CONFERENCE** on **OCTOBER 3, 2011**, at **2:00 P.M.**, with a **JURY TRIAL** on

22   **OCTOBER 17, 2011**.  Please consult the existing case management order and review and follow

23   all standing guidelines and orders of the undersigned for civil cases on the Court's website at

24   http://www.cand.uscourts.gov.  Continuances will rarely be granted.

25          The final pretrial conference will be an important event, for it will be there that the

26   shape of the upcoming trial will be determined, including *in limine* orders, time limits and

27   exhibit mechanics.  Lead trial counsel must attend.

28

**United States District Court**
For the Northern District of California

1    To avoid any misunderstanding with respect to the final pretrial conference and trial,

2   the Court wishes to emphasize that all filings and appearances must be made — on pain of

3   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

4   received.  It will not be enough to inform the clerk that a settlement in principle has been

5   reached or to lodge a partially executed settlement agreement or to lodge a fully executed

6   agreement (or dismissal) that resolves less than the entire case.  Where, however, a

7   fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

8   case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

9   act remains, the Court will arrange a telephone conference to work out an alternate procedure

10   pending a formal dismissal.

11    Please state whether the Court can be of further ADR assistance (but avoid stating

12   offers, counteroffers or dollar amounts).

13    In this case, the Court wishes to consider the following additional trial procedures and

14   desires that counsel meet and confer and reach a stipulation concerning whether and how to

15   use them:

16        1.    Scheduling opposing experts so as to appear in successive order;

17        2.    Giving preliminary instructions on the law;

18        3.    Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

19   of the Arizona Rules of Civil Procedure); and

20        4.    Allowing each side fifteen minutes of opening/argument time to

21   be used during the evidence time (in addition to normal opening statement and

22   closing argument).

23    Please present the results of your stipulation (or not) in the joint pretrial conference

24   submissions.

25

26   Dated:  June 29, 2011.

27   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

28

2