IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENG HEE PAIK,

    Plaintiff,

  v.

WELLS FARGO BANK NA, Successor by Merger to Wells Fargo Bank Southwest, NA formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank FSB; WELLS HOME LOAN SERVICING, LP, a Texas Limited Partnership; NDeX WEST LLC, a California Corporation; and DOES 1 through 100, Inclusive,

    Defendants.

No. C 10-04016 WHA

**ORDER GRANTING MOTION TO EXONERATE BOND AND RETURN FUNDS TO PLAINTIFF**

In this mortgage foreclosure action, plaintiff Keng Hee Paik's application for a temporary restraining order and preliminary injunction was granted subject to an $8,000 bond. Plaintiff posted the $8,000 undertaking for the bond on January 31. By order dated August 3, 2011, a motion for summary judgment as to all claims against defendant Wachovia Mortgage was granted (Dkt. No. 61). Plaintiff then filed a notice of voluntary dismissal of all claims (Dkt. No. 62). Plaintiff now seeks an order to exonerate the bond posted in support of the TRO and preliminary injunction. This action has concluded and the necessity for the bond has passed. Accordingly, the motion is granted. The Clerk of the Court is directed to reconvey the $8,000 to plaintiff Keng Hee Paik.

    **IT IS SO ORDERED.**

Dated: April 1, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE